# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., LAFAYETTE AMBASSADOR BANK, | : No. 543 MAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| Respondent | : Order of the Superior Court |
| v. | : |
| HRISTOS G. DIMOU, ALSO KNOWN AS CHRIS G. DIMOU, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.